UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DARYL HILL | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-CV-0009JMS-MJD |
| | ) | |
| WHITE JACOBS & ASSOCIATES INC., | ) | |
| and LEXON INSURANCE CO. | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for White Jacobs & Associates Inc. certifies that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: February 5, 2015

Respectfully submitted,

/s/ Jason Lee Van Dyke
Jason Lee Van Dyke
Tex. Bar No. 24057426
200 Chisholm Place
Suite 250
Plano, TX 75075
P – (469) 964-5346
F – (972) 421-1830
E – jason@vandykelawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 5, 2015 a copy of the foregoing Disclosure Statement was mailed, by first-class U.S. mail, postage prepaid and properly addressed to the following:

Steven R. Hofer
Consumer Law Office of Steve Hofer
8888 Keystone Crossing, #1300
Indianapolis, IN 462409

<u>/s/ Jason Lee Van Dyke</u>
JASON LEE VAN DYKE
